AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Middle District of Florida

| | |
|---|---|
| Marvelle J. Ballentine | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 5:26-cv-00213 |
| ACCENTURE LLP; META PLATFORMS, INC; | ) |
| TASKUS, INC.; GENPACT USA, INC.; | ) |
| DEVIN S. ANDERSON; KIRKLAND & | ) |
| ELLIS LLP; and CHRISTOPHER W. KEEGAN, | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Devin S. Anderson
641 Vista View Ct
North Salt Lake
UT 84054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/26/2026  _____

_____
*Signature of Clerk*

*LeanneDeAngelis*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida ☒

| | |
|---|---|
| Marvelle J. Ballentine ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | Civil Action No. 5:26-cv-00213 |
| v. ) | |
| ACCENTURE LLP; META PLATFORMS, INC.; ) | |
| TASKUS, INC.; GENPACT USA, INC.; ) | |
| DEVIN S. ANDERSON; KIRKLAND & ) | |
| ELLIS LLP; and CHRISTOPHER W. KEEGAN, ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Meta Platforms, Inc.
c/o CSC — Lawyers Incorporating Service
2710 Gateway Oaks Dr, Ste 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____3/26/2026_____          _____
                                              *Signature of Cl*

*LeanneDeAngelis*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida  ☒

| | |
|---|---|
| Marvelle J. Ballentine | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 5:26-cv-00213 |
| ACCENTURE LLP; META PLATFORMS, INC.; | ) |
| TASKUS, INC.; GENPACT USA, INC.; | ) |
| DEVIN S. ANDERSON; KIRKLAND & | ) |
| ELLIS LLP; and CHRISTOPHER W. KEEGAN, | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TaskUs, Inc.
c/o The Corporation Trust Company
1209 N Orange St
Wilmington, DE 19801-1120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/26/2026  _____

_____
*Signature of Cle*

*LeanneDeAngelis*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
Middle District of Florida ☒

<table>
<tr><td>Marvelle J. Ballentine<br><br><br><hr><i>Plaintiff(s)</i><br>v.<br><br>ACCENTURE LLP; META PLATFORMS, INC.;<br>TASKUS, INC.; GENPACT USA, INC.;<br>DEVIN S. ANDERSON; KIRKLAND &<br>ELLIS LLP; and CHRISTOPHER W. KEEGAN,<br><hr><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 5:26-cv-00213</td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Genpact USA, Inc.
c/o Cogency Global Inc.
115 North Calhoun Street, Suite 4
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/26/2026                                    _____
                                                   Signature of Clerk

*LeanneDeAngelis*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida ▨

| | |
|---|---|
| Marvelle J. Ballentine | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 5:26-cv-00213 |
| ACCENTURE LLP; META PLATFORMS, INC.; | ) |
| TASKUS, INC.; GENPACT USA, INC.; | ) |
| DEVIN S. ANDERSON; KIRKLAND & | ) |
| ELLIS LLP; and CHRISTOPHER W. KEEGAN, | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher W. Keegan
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/26/2026 _____    _____    *LeanneDeAngelis*
                                                                            *Signature of Cl*