**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MARVELLE J. BALLENTINE,

    *Plaintiff,*

    v.                                                    Case No. 5:26-cv-00213

ACCENTURE LLP; META PLATFORMS, INC.;
TASKUS, INC.; GENPACT USA, INC.;
DEVIN S. ANDERSON; KIRKLAND & ELLIS LLP;
and CHRISTOPHER W. KEEGAN,

    *Defendants.*

### MOTION TO TRANSFER TO ORLANDO DIVISION

Plaintiff Marvelle J. Ballentine, proceeding pro se, respectfully moves pursuant to 28 U.S.C. § 1404(a) and Local Rule 1.02(c) to transfer this action from the Ocala Division to the Orlando Division of the Middle District of Florida.

1.    Plaintiff is domiciled in the Orlando Division of this Court. The Ocala Division courthouse is approximately one hour and ten minutes from Plaintiff's location. The Orlando Division courthouse is approximately fifty minutes. Plaintiff is a pro se litigant with a high-mileage vehicle. The additional travel burden to Ocala is substantial. Plaintiff does not have or desire electronic filing privileges.

Plaintiff has consistently delivered all filings in-person, to the Clerk for the related cases: Case No. 6:26-cv-00286-AGM-DCI and 6:26-cv-00376-AGM-DCI.

2.      Orlando is the district where the underlying claims take root. The events giving rise to this action—the content moderation review, the account termination, and the subsequent litigation conduct—are connected to the Orlando Division. Plaintiff initiated both related federal actions in the Orlando Division.

3.      Two pending cases arise from the same transactions and occurrences: Case No. 6:26-cv-00286-AGM-DCI and Case No. 6:26-cv-00376-AGM-DCI, both pending in the Orlando Division.

4.      No prejudice will result to any defendant from transfer. All defendants are represented by out-of-state counsel. None are located in the Ocala Division. Transfer to the Orlando Division does not impose any additional burden on any defendant.

**RELIEF REQUESTED**

For the foregoing reasons, Plaintiff respectfully requests that this Court enter an order transferring this action to the Orlando Division of the Middle District of Florida.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), the undersigned certifies that on March 26, 2026, Plaintiff conferred in good faith with counsel for Defendants regarding the relief requested in this motion by electronic correspondence. As of the date of filing, no response has been received.

Date: March 26, 2026                          Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, pro se
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Telephone: (407) 794-6503
jayballentine@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I served a true and correct copy of the foregoing upon all counsel of record via CM/ECF.

Marvelle J. Ballentine