UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARVELLE J. BALLENTINE,

    *Plaintiff,*

    v.                      Case No. 5:26-cv-00213-JEP-PRL

ACCENTURE LLP;META PLATFORMS, INC.;
TASKUS, INC.; GENPACT USA, INC.;
DEVIN S. ANDERSON; KIRKLAND & ELLIS LLP;
and CHRISTOPHER W. KEEGAN,

    *Defendants.*

## NOTICE OF WITHDRAWAL OF MOTION TO TRANSFER (DKT. 9)

Plaintiff Marvelle J. Ballentine, proceeding pro se, hereby withdraws the Motion to Change Venue / Transfer Case to the Orlando Division (Dkt. 9) without prejudice.

Dated: March 28, 2026                    Respectfully submitted,

Marvelle J. "Jay" Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
*Plaintiff, pro se*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2026, I electronically filed the foregoing through the Middle District of Florida's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Marvelle J. Ballentine