# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MARVELLE J. BALLENTINE,

     Plaintiff,

v.                                                                    Case No: 5:26-cv-213-JEP-PRL

META PLATFORMS, INC., et al.,

     Defendants.

---

## ORDER

The motion to appear *pro hac vice* of Devin S. Anderson, Esq. (Doc. 13) is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. To activate e-filing access, counsel shall pay the $150.00 special admission fee and submit the *pro hac vice* e-file registration through PACER.[1] After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case.

**DONE** and **ORDERED** in Ocala, Florida on March 31, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.