UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARVELLE J. BALLENTINE,

    Plaintiff,

v.                                Case No.: 5:26-cv-213-JEP-PRL

META PLATFORMS, INC.,
ACCENTURE LLP, TASKUS,
INC., GENPACT USA, INC.,
DEVIN S. ANDERSON,
KIRKLAND & ELLIS LLP and
CHRISTOPHER W. KEEGAN,

    Defendants.
_____/

## **ORDER**

    **THIS CAUSE** is before this Court upon *sua sponte* review of the file. It is **ORDERED** that this case is transferred to the Honorable Judge Anne-Leigh Gaylord Moe pursuant to Local Rule 1.07(a), Middle District of Florida, and with her consent, to be considered with related cases.

    **DONE** and **ORDERED** in Jacksonville, Florida on April 1, 2026.

_____
           JORDAN E. PRATT
    UNITED STATES DISTRICT JUDGE

-2-

Copies:
*Pro Se* Party
Counsel of Record