# Exhibit 1

≡ ∞ Meta

Home > Policies > Community Standards > Child Sexual Exploitation Abuse Nudity

# Child Sexual Exploitation, Abuse, and Nudity

**Policy Details**     **User Experiences**     **Data**

## Policy details

**CHANGE LOG**

| Dec 22, 2022 | Apr 28, 2022 | Nov 24, 2021 | Oct 28, 2021 |

### Policy Rationale

We do not allow content or activity that sexually exploits or endangers children. When we become aware of apparent child exploitation, we report it to the National Center for Missing and Exploited Children (NCMEC), in compliance with applicable law. We know that sometimes people share nude images of their own children with good intentions; however, we generally remove these images because of the potential for abuse by others and to help avoid the possibility of other people reusing or misappropriating the images.

We also work with external experts, including the Meta Safety Advisory Board, to discuss and improve our policies and enforcement around online safety issues, especially with regard to children. Learn more about the technology we're using to fight against child exploitation.



### Do not post:

**Child sexual exploitation**

Content or activity that threatens, depicts, praises, supports, provides instructions for, makes statements of intent, admits participation in or shares links of the sexual exploitation of children (real or non-real minors, toddlers or babies), including but not limited to:

- Sexual intercourse

  - Explicit sexual intercourse or oral sex, defined as mouth or genitals entering or in contact with another person's genitals or anus, where at least one person's genitals are nude.

- Implied sexual intercourse or oral sex, including when contact is imminent or not directly visible.

- Stimulation of genitals or anus, including when activity is imminent or not directly visible.

- Presence of by-products of sexual activity.

- Any of the above involving an animal.

- Children with sexual elements, including but not limited to:

  - Restraints.

  - Focus on genitals.

  - Presence of aroused adult.

  - Presence of sex toys.

  - Sexualised costume.

  - Stripping.

  - Staged environment (for example, on a bed) or professionally shot (quality/focus/angles).

  - Open-mouth kissing.

- Content of children in a sexual fetish context.

- Content that supports, promotes, advocates or encourages participation in pedophilia unless it is discussed neutrally in an academic or verified health context.

- Content that identifies or mocks alleged victims of child sexual exploitation by name or image.

### Solicitation

Content that solicits

- Child Sexual Abuse Material (CSAM)

- Nude imagery of children

- Sexualized imagery of children

- Real-world sexual encounters with children

### Inappropriate interactions with children

Content that constitutes or facilitates inappropriate interactions with children, such as:

- Arranging or planning real-world sexual encounters with children

- Purposefully exposing children to sexually explicit language or sexual material

- Engaging in implicitly sexual conversations in private messages with children

- Obtaining or requesting sexual material from children in private messages

### Exploitative intimate imagery and sextortion

Content that attempts to exploit minors by:

- Coercing money, favors or intimate imagery with threats to expose intimate imagery or information.

- Sharing, threatening or stating an intent to share private sexual conversations or intimate imagery.

### Sexualization of children

Content that solicits imagery of child sexual exploitation, or nude or sexualized images or videos of children

- Content (including photos, videos, real-world art, digital content, and verbal depictions) that shows children in a sexualized context.

- Groups, Pages and profiles targeted to sexualizing children.

**Child nudity**

Content that depicts child nudity where nudity is defined as:

- Close-ups of children's genitalia
- Real nude toddlers, showing:

  - Visible genitalia, even when covered or obscured by transparent clothing.
  - Visible anus and/or fully nude close-up of buttocks.

- Real nude minors, showing:

  - Visible genitalia (including genitalia obscured only by pubic hair or transparent clothing)
  - Visible anus and/or fully nude close-up of buttocks.
  - Uncovered female nipples.
  - No clothes from neck to knee - even if no genitalia or female nipples are showing.

- Digitally-created depictions of nude minors, toddlers or babies unless the image is for health or educational purposes.

**Non-sexual child abuse**

Imagery that depicts non-sexual child abuse regardless of sharing intent

Content that praises, supports, promotes, advocates for, provides instructions for or encourages participation in non-sexual child abuse.



## For the following content, we include a warning screen so that people are aware the content may be disturbing and limit the ability to view the content to adults, ages eighteen and older:

- Videos or photos that depict police officers or military personnel committing non-sexual child abuse.
- Imagery of non-sexual child abuse, when law enforcement, child protection agencies, or trusted safety partners request that we leave the content on the platform for the express purpose of bringing a child back to safety.



## For the following content, we include a sensitivity screen so that people are aware the content may be upsetting to some:

- Videos or photos of violent immersion of a child in water in the context of religious rituals.



## For the following Community Standards, we require additional information and/or context to enforce:

For the following content, we include a warning label so that people are aware that the content may be sensitive:

- Imagery posted by a news agency that depicts child nudity in the context of famine, genocide, war crimes, or crimes against humanity, unless accompanied by a violating caption or shared in

a violating context, in which case the content is removed.

We may also remove imagery depicting the aftermath of non-sexual child abuse when reported by news media partners, NGOs or other trusted safety partners.

> *Broadening focus to include activity patterns and behavioral signals to detect bad actors but in the child safety enforcement.*

## User experiences

See some examples of what enforcement looks like for people on Facebook, such as: what it looks like to report something you don't think should be on Facebook, to be told you've violated our Community Standards and to see a warning screen over certain content.

**Note:** We're always improving, so what you see here may be slightly outdated compared to what we currently use.

---

USER EXPERIENCE

**Reporting**

→

---

USER EXPERIENCE

**Post-report communication**

→

---

USER EXPERIENCE

**Takedown experience**

→

---

USER EXPERIENCE

**Warning screens**

→

## Data

**View the latest Community Standards Enforcement Report**

→


**Enforcement**

We have the same policies around the world, for everyone on Facebook.

**Review teams**

Our global team of over 15,000 reviewers work every day to keep people on Facebook safe.

**Stakeholder engagement**

Outside experts, academics, NGOs and policymakers help inform the Facebook Community Standards.

# Get help with child sexual exploitation, abuse and nudity

Learn what you can do if you see something on Facebook that goes against our Community Standards.

**Visit our Help Center**



---



**Policies**

Community Standards
Meta Advertising Standards
Other policies
How Meta improves
Age-Appropriate Content

**Features**

Our approach to dangerous organizations and individuals
Our approach to the opioid epidemic
Our approach to elections
Our approach to misinformation
Our approach to newsworthy content
Our approach to Facebook Feed ranking
Our approach to explaining ranking
User control: How to shape your experience on Meta's platforms

**Enforcement**

Detecting violations
Taking action

**Governance**

Governance innovation
Oversight Board overview
How to appeal to the Oversight Board
Oversight Board cases
Oversight Board recommendations
Creating the Oversight Board
Oversight Board: Further asked questions
Meta's Bi-Annual Updates on the Oversight Board
Tracking the Oversight Board's Impact
Community Forums at Meta

**Security**

Threat disruptions
Security threats
Threat reporting

**Reports**

Community Standards Enforcement Report
Intellectual Property
Government Requests for User Data
Content Restrictions Based on Local Law
Internet Disruptions
Widely Viewed Content Report
Regulatory and Other Transparency Reports

Case 5:26-cv-00213-AGM-PRL    Document 35-1    Filed 04/16/26    Page 7 of 7 PageID 693

Accessibility at Meta

AI at Meta: Transparency about our training data

**Research tools**

Content Library and Content Library API

Ad Library Tools

Other research tools and data catalogue

English (US)    Privacy Policy    Terms of Service    Cookies