UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

    *Plaintiff,*

    v.                       Case No. 5:26-cv-00213-AGM-PRL

ACCENTURE LLP; META PLATFORMS, INC.;
TASKUS, INC.; GENPACT LIMITED;
DEVIN S. ANDERSON; and CHRISTOPHER W. KEEGAN,

    *Defendants.*

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

## WITHOUT PREJUDICE UNDER RULE 41(a)(2)

Plaintiff Marvelle J. Ballentine, proceeding *pro se*, moves under Federal Rule of Civil Procedure 41(a)(2) for an order dismissing this action without prejudice, with each party bearing its own costs and fees.

This action was removed from the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, on March 25, 2026. Plaintiff filed the First Amended Complaint on April 2, 2026 (Dkt. 34). Two motions to dismiss are pending: Defendant Accenture LLP's Motion to Dismiss (Dkt. 35), filed April 16, 2026, and Defendants Devin S. Anderson and Christopher W. Keegan's Motion to Dismiss (Dkt. 24), filed April 1, 2026. No Defendant has served an answer. No

Defendant has moved for summary judgment. No scheduling or case management order has been entered. No discovery has been initiated or served in this action.

Plaintiff's claims in this action substantially overlap with claims pending in two related matters before this Court: *Ballentine v. Meta Platforms, Inc.*, No. 6:26-cv-00376-AGM-DCI, and *Ballentine v. Anderson*, No. 6:26-cv-00286-AGM-DCI.

Dismissal will not prejudice Defendants. This case has been pending in federal court for less than thirty days. No Defendant has filed an answer or engaged in discovery. No party has incurred costs beyond initial motion practice that is also directed at the same claims in the related cases. The pending motions to dismiss (Dkts. 24 and 35) would be rendered moot by dismissal.

Plaintiff requests that dismissal be without prejudice and without conditions, with each party bearing its own costs and attorneys' fees. No Defendant will suffer legal prejudice from a without-prejudice dismissal at this stage of the proceedings. *Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001) (identifying the relevant factors as the defendant's effort and expense in preparing for trial, excessive delay and lack of diligence by the plaintiff, sufficiency of the plaintiff's explanation, and whether a motion for summary judgment has been filed). None of those factors weighs against dismissal here.

WHEREFORE, Plaintiff requests that the Court enter an order dismissing this action **without prejudice** under Federal Rule of Civil Procedure 41(a)(2), with each party bearing its own costs and attorneys' fees.

Dated: April 22, 2026                                   Respectfully submitted,


Marvelle J. Ballentine
Plaintiff, *pro se*
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Telephone: (407) 794-6503
jayballentine@protonmail.com

3

## <u>CERTIFICATE OF CONFERRAL</u>

I certify that, before filing this motion, I conferred with counsel for all Defendants in compliance with Local Rule 3.01(g). [TO BE COMPLETED AFTER CONFERRAL.]

Marvelle J. Ballentine

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve Notice of Filing on all counsel of record.

Marvelle J. "Jay" Ballentine

5